UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL ANGELO BURNETT,

Plaintiff,

v.

UNKNOWN DESROECHERS et al.,

Defendants.

Case No. 2:26-cv-70

Honorable Ray Kent

# ORDER

In accordance with the opinion entered on this day,

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that Plaintiff's motion for a temporary restraining order (ECF No. 6) is **DENIED** as moot.

Dated: August 21, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge