UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL ANGELO BURNETT,

Plaintiff,

v.

UNKNOWN DESROECHERS et al.,

Defendants.

_______________________________/

Case No. 2:26-cv-70

Honorable Ray Kent

**JUDGMENT**

In accordance with the opinion issued on this date:

**IT IS ORDERED** that pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.

Dated: August 21, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge